United States Supreme District Federal Court

Western District

OF Kentucky

5:21CU127-BJB

Allisan T Lambert Bauer

346 North County Line Rd.

Calvert City, KY 42029

FILED
JAMES J. VILT, JR. - CLERK
SEP 07 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

VS

Metro PCS Dealer and T- Mobile Internet Provider

5164 Hinkleville Rd

Paducah KY 42001

270- 557-7527


T-Mobile Internet Provider

12920 SE 38th Street

Bellevue WA.  98006

Phone 1-425-378-4000

FAX 1-425-378-4040


American Security Insurance Company

A Stock Insurance Company

Administrative Office

 11222 Quail Roost Drive

Miami,  FL 33157-6596

Phone 305-253-2244

Motion of Federal Lawsuit of Data Breach Motion to SUPENA Account Information of Metro By T-Mobile.

Motion To Execute Settlement to Allisan T Lambert Bauer

Of 8 Million.

Comes Fourth Lawsuit on Defendants of Metro PCS and T-Mobile. As well as American Security Insurance Of Stocks. Technology Insurance Protection. Upon Notice of Data Breach of personal information of Identity as well as Movies of my personal information as an Actress and Music Written of Album's. Of Allisan T Lambert Bauer on said Date of _____.

This Data Breach From Metro PCS and T- Mobile Internet Provider Software, Internet Systems, of Internal Services of Technology have been Breached of allowing Control over Personal Identity of Actress, Song Lyric Writer, and Performer.

1) 2.This is Fraudulent Federal Level Lawsuit to Prosecute or All Data Breach of    Access of New Music Written on my personal YouTube Account.
   a. Lyric Finder, and I Heart Radio with Music all over the Word.

2) Music Such As Miranda Lambert whom name is Chelsea. She is not a Lambert.

3) Such Movies As Wonder Women, Superwomen, Justice League Dc. With All Marvels Actors Hollywood Name Gal Gadot.

4) Music Album of Band Perry of Music and Lyrics Written but Alllisan T Lambert Bauer

5) Music of Marren Morris of Music Written buy Allisan T Lambert Bauer

6) False Pictures of Accounts of Song Artist of Marren Morris and Kelsea Ballerine. Songs performed with Kenney Chesney.

7) Shania Twain Written Buy Allisan T Lambert Bauer and First Single was Don't.

8) Cheryl Loyd Album's Written and Preformed Buy Allisan T Lambert Bauer.

9) Shakira Music and Performances of Concert of Allisan T Lambert Bauer.

10) Alicia Keys songs Written buy Allisan T Lambert Bauer performed buy both.

11) Movies with George Clooney and Selma H.
    a. Movies Double for Snake Dance buy Allisan T Lambert Bauer.

This Data Breach of all prior as well Movies as well any New Music of False representation of YouTube Pictures of Another persons Claiming to be Allisan T Lambert Bauer. For Profit sale of Music of Albums. Written is Data Breach of Technology Software and Internet Provider with unsecure Systems.

This type of Data Breach enables other to access or Control Apps of Devices. Such as Instagram Twitter, GEICO Insurance Apps or any Apps on Devices. To scam or steal Personal Information of Allisan T Lambert Bauer Identity Fraud as well as Writs of Federal Law to Prosecute.

Federal level Audit of Metro PCs T-Mobile Corporation of Data Breach.

Account's information of Provider Metro PCS by T- Mobile.

a) Account 43768

b) Employee T Shaw
c) 7-14-2018
d) One phone # 270-201-1005
e) Shows Triple Sim Card 89021603439588
f) 60751F

g) Account 40998
h) Employee Matt Turner
i) 1-29-2019
j) Phone Number 270-201-1147
k) Carrier # 262936221

l) Account Phone Number at Present Date 270-201-1315.

a) American Security Insurance Company A Stock Insurance Company

    a. Technology Insurance Protection Certificate of Insurance AS1331CPC-0313 MP 0719 KY 85713
    b. Account 734715640
    c. CL053008-NW-0519
    d. 85715.

All Account Information to be Supena Order for Federal Lawsuit of Data Breach.

Title Amendment Title 9 of Arbitration All Accordance of each Individual Statute's of Arbitration and Federal Law. Enact by July 30, 1947 Ch.392 1,61 Statute, 669.

To Execute Motion of Lawsuit on Metro PCs By T-Mobile and to Execute Settlement of 8 Million to Allisan T Lambert Bauer of this Data Breach and Identity of Personal Access of Accounts to others.

    On this Date of _____

Signature of United States Supreme Court Judge and Federal District Judge._____

**Allisan T Lambert Bauer**

**346 N County Line Rd**

**Calvert City, KY 42029**

lambertallisan@gmail.com

**270-201-1315**

FROM:

Ms. Allison T Lambert Bauer
346 N County Line Rd
Calvert City KY 42029



CERTIFIED MAIL

7020 1810 0000 2903 1435

TO:

United
Room
501

FILED
JAMES J. VILT, JR. - CLERK
SEP 07 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY